IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DAVID P. BIESINGER, DPM, AN INDIVIDUAL, Appellant, vs. ABSOLUTE FOOT CARE SPECIALISTS, A NEVADA CORPORATION, Respondent. | No. 83544 |

FILED

MAR 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mark R. Denton, District Judge
Paul M. Haire, Settlement Judge
Takos Law Group, Ltd.
Bailey Kennedy
Eighth District Court Clerk

22-06815